

**Thomas G. Bruton**
**CLERK**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

(312) 435-5691

June 4, 2012

To All Counsel of Record

**RE: Nicholas v. Conseco Life Insurance Company**
**Case No: 12 C 845**

Dear Clerk:

Pursuant to the order entered by Judge Robert W. Gettleman on 5/17/12, the above record

■      was electronically transmitted to USDC for the Central District of California.      .

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                         Sincerely yours,
                                                         **Thomas G. Bruton, Clerk**

                                                         By: /s/ Sheila Moore
                                                                      Deputy Clerk

New Case No. _____      Date _____